STATE of Missouri, Plaintiff/Respondent,

v.

Margaret JOHNSON,
Defendant/Appellant.

No. 66598.

Missouri Court of Appeals,
Eastern District,
Division One.

May 30, 1995.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Defendant pled guilty to first degree robbery, § 569.020, RSMo 1994, and armed criminal action, § 571.015, RSMo 1994. She appeals from the trial court's order denying her motion to withdraw her guilty plea. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. Rule 30.25(b).